# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

STEPHEN MUSANTE,

               Petitioner

        v.

SHAWN HEARTMAN, IN HIS
OFFICIAL/INDIVIDUAL CAPACITY AND
MICHAEL OVERMEYER, IN HIS
OFFICIAL CAPACITY,

               Respondents

: No. 28 WM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Motion for Order for Production of Documents and the Petition for Writ of Habeas Corpus are **DENIED**.